UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 13-3493 DSF (MANx) | Date | 5/22/13 |
|---|---|---|---|
| Title | Thomas M. Bohl v. Anthony Teresi, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to State Court

    This case was removed based on diversity jurisdiction. There are no allegations in the complaint regarding the citizenship of the parties, and, on the face of the complaint, all parties appear to be citizens of California.

    The case is REMANDED to the Superior Court of California, County of Ventura.

    IT IS SO ORDERED.